**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MERRILL PRIMACK, ) | | |
| on behalf of plaintiff and the classes defined ) | | |
| below, ) | | 14-cv-3257 |
| ) | | |
| Plaintiff, ) | | Honorable John Z. Lee |
| ) | | Magistrate Judge Jeffrey Cole |
| vs. ) | | |
| ) | | |
| REALGY, LLC, ) | | |
| ) | | |
| Defendant. ) | | |

**NOTICE OF DISMISSAL**

Plaintiff Merrill Primack hereby dismisses this action without prejudice and without costs pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).


              Respectfully submitted,

              s/Francis R. Greene
              Francis R. Greene

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## **CERTIFICATE OF SERVICE**

    I, Francis R. Greene, hereby certify that on June 9, 2014, I caused to be filed the forgoing document with the Clerk of the Court using the CM/ECF System, and caused to be served a true and accurate copy of such filing via electronic mail on this date upon the following party:

Glenn Duhl
gduhl@siegeloconnor.com

                                          s/Francis R. Greene
                                          Francis R. Greene